B 6D (Official Form 6D) (12/07)

In re Cross-Roads II Enterprises, Inc. f/k/a Cr<u>     </u>,    Case No. 14-70428
                      Debtor                                            (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

     State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

     List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. PID 238183<br><br>City of Palmview<br>c/o Diane W. Sanders<br>LGBS, P.O. Box 17428<br>Austin, TX 78760-7428 | | | Taxes<br><br><br>VALUE $  $4,146.79 | | | | $4,146.79 | |
| ACCOUNT NO. PID 238188<br><br>City of Palmview<br>c/o Diane W. Sanders | | | Taxes<br><br><br>VALUE $  $31,142.17 | | | | $31,142.17 | |
| ACCOUNT NO. PID 344582<br><br>City of Palmview<br>c/o Diane W. Sanders | | | Taxes<br><br><br>VALUE $  $23,608.50 | | | | $23,608.50 | |

<u> 4 </u> continuation sheets attached

Subtotal ▶ (Total of this page)     $ 58,897.46     $ 0.00

Total ▶ (Use only on last page)     $     $

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.                                                                                                  2

In re Cross-Roads II Enterprises, Inc. f/k/a Crc,    Case No. 14-70428
      Debtor                                                     (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO PID 238183 Hidalgo Co. Drain. Dist. c/o John T. Banks PBFCM, 3301 Northland Dr., Ste. 505, Austin, TX 78731 | | | Taxes<br><br>VALUE $ $319.91 | | | | $319.91 | |
| ACCOUNT NO PID 238188 Hidalgo Co. Drain. Dist. c/o John T. Banks | | | Taxes<br><br>VALUE $ $4,516.80 | | | | $4,516.80 | |
| ACCOUNT NO PID 344582 Hidalgo Co. Drain. Dist. c/o John T. Banks | | | Taxes<br><br>VALUE $ $3,382.38 | | | | $3,382.38 | |
| ACCOUNT NO PID 238183 Hidalgo County c/o John T. Banks PBFCM, 3301 Northland Dr., Ste. 505, Austin, TX 78731 | | | Taxes<br><br>VALUE $ $2,376.57 | | | | $2,376.57 | |
| ACCOUNT NO PID 238188 Hidalgo County c/o John T. Banks | | | Taxes<br><br>VALUE $ $40,669.45 | | | | $40,669.45 | |

Sheet no. 1 of 4 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) ▶
(Total(s) of this page)     $ 51,265.11     $ 0.00

Total(s) ▶
(Use only on last page)     $     $

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.

In re Cross-Roads II Enterprises, Inc. f/k/a Cr<u>c</u>,
                   Debtor

Case No. 14-70428
        (if known)

2

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. PID 344582<br>Hidalgo County<br>c/o John T. Banks | | | Taxes<br><br>VALUE $ $27,825.60 | | | | $27,825.60 | |
| ACCOUNT NO. PID 238183<br>La Joya ISD<br>c/o Diane W. Sanders<br>LGBS, P.O. Box 17428<br>Austin, TX 78760-7428 | | | Taxes<br><br>VALUE $ $5,280.89 | | | | $5,280.89 | |
| ACCOUNT NO. PID 238188<br>La Joya ISD<br>c/o Diane W. Sanders | | | Taxes<br><br>VALUE $ $66,064.10 | | | | $66,064.10 | |
| ACCOUNT NO. PID 344582<br>La Joya ISD<br>c/o Diane W. Sanders | | | Taxes<br><br>VALUE $ $61,475.65 | | | | $61,475.65 | |
| ACCOUNT NO.<br>RREF II CB Acquisitions, LLC<br>c/o GWS<br>1601 Elm St., Ste. 300<br>Dallas, TX 75201 | X | | Loan<br>Collateral: 1.2099 acres of improved land<br>VALUE $ $392,075.51 | | | | $392,075.51 | |

Sheet no. 2 of 4 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) ►
(Total(s) of this page)

$ 552,721.75

$ 0.00

Total(s) ►
(Use only on last page)

$

$

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.

In re Cross-Roads II Enterprises, Inc. f/k/a Cro,  Case No. 14-70428
        Debtor                                                  (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

2

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. PID 238183<br>South Texas College<br>c/o Diane W. Sanders<br>LGBS, P.O. Box 17428<br>Austin, TX 78760-7428 | | | Taxes<br><br>VALUE $ $1,325.49 | | | | $1,325.49 | |
| ACCOUNT NO. PID 238188<br>South Texas College<br>c/o Diane W. Sanders | | | <br><br>VALUE $ $11,099.74 | | | | $11,099.74 | |
| ACCOUNT NO. PID 344582<br>South Texas College<br>c/o Diane W. Sanders | | | Taxes<br><br>VALUE $ $8,261.53 | | | | $8,261.53 | |
| ACCOUNT NO. PID 238183<br>South Texas ISD<br>c/o Diane W. Sanders<br>LGBS, P.O. Box 17428<br>Austin, TX 78760-7428 | | | Taxes<br><br>VALUE $ $422.48 | | | | $422.48 | |
| ACCOUNT NO. PID 238188<br>South Texas ISD<br>c/o Diane W. Sanders | | | Taxes<br><br>VALUE $ $3,420.02 | | | | $3,420.02 | |

Sheet no. 3 of 4 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) ▶
(Total(s) of this page)

$ 24,529.26    $ 0.00

Total(s) ▶
(Use only on last page)

$              $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.

2

In re Cross-Roads II Enterprises, Inc f/k/a Cro,   Case No. 14-70428
            Debtor                                                          (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. South Texas ISD c/o Diane W. Sanders | | | Taxes  VALUE $ $2,614.35 | | | | $2,614.35 | |
| ACCOUNT NO. PID 344582 | | | Taxes  VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. 4 of 4 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s) ▶
(Total(s) of this page)         $ $2,614.35         $ 0.00

Total(s) ▶
(Use only on last page)         $ $690,027.93         $ 0.00

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)