IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| **Cross-Roads II Enterprises, Inc.,** § | Chapter 11 |
| f/k/a Cross-Road Enterprises, Inc., § | |
| PO Box 2754 § | |
| Mission, TX 78572 § | |
| 74-2724752 § | Case No. 14-70428 |
| § | |
| Debtor. | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on the *Motion to Dismiss Bankruptcy Case* [Docket No. 83] and the *Motion of the United States Trustee to Dismiss or Convert Case* [Docket No. 85] has been set for a hearing on **September 18, 2015 at 9:00 a.m. (C.S.T.)** before the Honorable Eduardo V. Rodriguez, United States Bankruptcy Judge for the Southern District of Texas, at Courtroom #1028, 1701 West Business 83, 10th Floor, McAllen TX 78501.

Dated: September 15, 2015

Respectfully submitted,

**GARDERE WYNNE SEWELL, LLP**
*/s/ Matthew Pyeatt*
Robert T. Slovak (TX 24013523)
Rachel Kingrey (TX 24068616)
Thomas Scannell (TX 24070559)
Matthew Pyeatt (TX 24086609)
1601 Elm Street, Suite 3000
Dallas, Texas 75201
Telephone: 214-999-4685
Facsimile: 214-999-3685
rslovak@gardere.com
rkingrey@gardere.com
tscannell@gardere.com
mpyeatt@gardere.com

COUNSEL FOR RREF II CB III-TX CRE, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on September 15, 2015, a true and correct copy of the foregoing document was served via this Court's PACER system on all parties receiving electronic notifications in this case, and via U.S. Mail, postage pre-paid on the following:

Cross-Roads II Enterprises, Inc.
PO Box 2754
Mission, TX 78572

>   */s/ Matthew Pyeatt*
>   Matthew Pyeatt

Gardere01 - 7054798v.2