IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| In re:  Cross-roads II Enterprises, Inc. | § | No. 14-70428 |
| | § | (Chapter 11) |
| Debtors | § | |

### NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW RREF II CB III-TX CRE, LLC, and files this Notice of Appearance of Counsel and Request for Notice, and would respectfully show to the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on August 4, 2014

2. RREF II CB III-TX CRE, LLC. is a secured creditor in this case.

3. RREF II CB III-TX CRE, LLC has designated the following attorney as its counsel in this case, and requests that Notice of all proceedings be provided to his counsel as follows:

> David J. Lumber
> State Bar No. 24002504
> S.D. Texas Bar No.: 22085
> **GUERRA LAW GROUP, PLLC**
> 4201 North McColl Rd.
> McAllen, Texas 78504
> (956) 618-3000 Phone
> (956) 686-4200 Fax

WHEREFORE, PREMISES CONSIDERED, Creditor RREF II CB III-TX CRE, LLC respectfully prays that the Court take notice of this filing, and for all such other and further relief, at law or in equity, to which Creditor may show itself justly entitled.

Notice of Appearance of Counsel and Request for Notice—Page 1
(15-068)

Respectfully submitted,

**GUERRA LAW GROUP, PLLC**
4201 North McColl Rd.
McAllen, Texas 78504
(956) 618-3000 Phone
(956) 686-4200 Fax


By: _____/s/ *David J. Lumber*_____
     David J. Lumber
     State Bar No. 24002504
     S.D. Texas Bar No.: 22085

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via regular U.S. Mail and/or ecf service upon the following, on this __16th___ day of September, 2015.


_____/s/ *David J. Lumber*_____
David J. Lumber